614

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NATHAN
BLAKLEY, Defendant-Appellant.

(No. 60861;

First District (1st Division)—June 16, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan,
Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and
Rick L. Petrone, Assistant State's Attorneys, of counsel), for the People.